UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH A
PARTICULAR GEOGRAPHIC AREA,
STORED AT PREMISES CONTROLLED
BY GOOGLE, INC.

Case No. 22-m-750

## APPLICATION FOR ORDER COMMANDING GOOGLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT

The United States requests that the Court order Google, Inc., an electronic communications service provider and/or a remote computing service, not to notify any person of the existence of the attached search warrant for a time period of six months.

Google, Inc. is a provider of an electronic communication service, as defined in 18 U.S.C. § 2510(15), and/or a remote computer service, as defined in 18 U.S.C. § 2711(2). Pursuant to 18 U.S.C. § 2703, the United States obtained the attached search warrant, which requires Google, Inc. to disclose certain records and information to the United States. This Court has authority under 18 U.S.C. § 2705(b) to issue "an order commanding a provider of electronic communications service or remote computing service to whom a warrant, subpoena, or court order is directed, for such period as the court deems appropriate, not to notify any other person of the existence of the warrant, subpoena, or court order." *Id.*

In this case, such an order would be appropriate because the attached search warrant relates to an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation, and its disclosure may alert the targets to the ongoing investigation. Accordingly, there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or

notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5). Some of the evidence in this investigation may be stored electronically. If alerted to the investigation, the subjects under investigation could destroy that evidence, including information saved to their personal computers.

WHEREFORE, the United States respectfully requests that the Court grant the attached Order directing Google, Inc. not to disclose the existence or content of the attached search warrant, except that Google, Inc. may disclose the attached search warrant to an attorney for Google, Inc. for the purpose of receiving legal advice.

The United States further requests that the Court order that this application and any resulting order be sealed for a time period of six months. As explained above, these documents discuss an ongoing criminal investigation that is neither public nor known to all of the targets of the investigation. Accordingly, there is good cause to seal these documents because their premature disclosure may seriously jeopardize that investigation.

Executed on December 29th, 2022, at Green Bay, Wisconsin.

GREGORY J. HAANSTAD
United States Attorney

By:

*/s Andrew J. Maier*
ANDREW J. MAIER
Assistant United States Attorney
205 Doty Street, Suite 301
Green Bay, WI 54301
(920) 884-1066

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

IN THE MATTER OF THE SEARCH OF
INFORMATION ASSOCIATED WITH A
PARTICULAR GEOGRAPHIC AREA,
STORED AT PREMISES CONTROLLED
BY GOOGLE, INC.

Case No. 22-m-750

## ORDER COMMANDING GOOGLE, INC. NOT TO NOTIFY ANY PERSON OF THE EXISTENCE OF SEARCH WARRANT

The United States has submitted an application pursuant to 18 U.S.C. § 2705(b), requesting that the Court issue an Order commanding Google, Inc., an electronic communications service provider and/or a remote computing service, not to notify any person of the existence of the attached search warrant for a time period of six months.

The Court determines that there is reason to believe that notification of the existence of the attached search warrant will seriously jeopardize the government investigation, including by giving targets an opportunity to flee or continue flight from prosecution, destroy or tamper with evidence, change patterns of behavior, or notify confederates. *See* 18 U.S.C. § 2705(b)(2), (3), (5).

IT IS THEREFORE ORDERED under 18 U.S.C. § 2705(b) that Google, Inc. shall not disclose the existence of the attached search warrant or this Order of the Court, to the listed subscriber or to any other person, for a time period of six months, except that Google, Inc. may disclose the attached search warrant and this Order of the Court to an attorney for Google, Inc. for the purpose of receiving legal advice.

IT IS FURTHER ORDERED that the application and this Order are sealed for a time period of six months.

12/29/2022
Date

HON. JAMES R. SICKEL
United States Magistrate Judge