AO 93 (mod. 5/14) Search and Seizure Warrant

## Return

| Case No: 22-M-750 | Date and time warrant executed: 12/29/2022 | Copy of warrant and inventory left with: N/A |

Inventory made in the presence of:
Served to Google, Inc. via the Google Law Enforcement Portal.

Inventory of the property taken and/or name of any person(s) seized:

- Device IDs located within the search parameters, received on 01/30/23.

- Location information for device IDs located within the search parameters, received on 02/17/23.

- Subscriber information for device IDs located within the search parameters, received on 03/20/23.

## Certification

I declare under penalty of perjury that this inventory is correct and was returned along with the original warrant to the undersigned judge.

Date: 04/13/23 at 2:13 P.M.

_Executing officer's signature_

Brian D'Arcy, FBI S.A.
_Printed name and title_

Subscribed, sworn to, and returned before me this date:

Date: 4-13-2023

JAMES R. SICKEL
U.S. MAGISTRATE JUDGE
_United States Magistrate Judge_